MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Thrift Investment Corporation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>CHRISTOPHER O'BRIEN | Case No. 19-32454(JNP)<br><br>Chapter 13<br><br>Hearing Date: 2-5-20<br><br>**OBJECTION TO CONFIRMATION** |

Thrift Investment Corporation ("Thrift"), a secured creditor of the Debtor, objects to the Debtor's plan for the following reasons:

a. **910 CLAIM; ARREARS NOT BEING PAID IN PLAN:** Thrift holds a first purchase money security interest encumbering a 2014 FORD EXPLORER purchased by the debtor on 12-26-18, less than 910 before filing.  The plan is silent as to Thrift.  When the case was filed the loan was due from 10-25-19 to 11-25-19 pre-petition arrears were $824.50 plus late fees of $30 and a close repossession fee of $150. Unless debtor intends to cure the pre-petition default immediately, the plan should be amended by adding Thrift's arrears to part 4b of the

    plan to be paid through the plan by the trustee with current payments to be made directly to Thrift by the debtor beginning in December of 2019.

b. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Thrift must be listed as loss payee or additional insured. **The Debtor must provide Thrift with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

c. **Lien retention:**  Thrift must retain its lien on the vehicle until it has been paid in full with contract rate of interest at 24.95% in accordance with the terms of the retail installment contract encumbering the vehicle.

                              /s/ John R. Morton, Jr.

                              _____
1-27-20                      John R. Morton, Jr., attorney for