| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | |
|---|---|
| In Re:<br><br>*Christopher E. O'Brien*<br><br>Debtor (s)' | Case No. 19-32454 (JNP)<br><br>Judge:   Jerrold N. Poslusny Jr.<br><br>**STIPULATION ADJUSTING**<br>**TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $2,470.00 total receipts applied to plan, then **$1,152.00** per month for the remaining fifty-four (54) months commencing July 1, 2020, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 6, 2020 remain in effect.

_____    /s/ Isabel C. Balboa
Andrew M. Carroll, Esquire         Isabel C. Balboa
Attorney for Debtor                Chapter 13 Standing Trustee
Dated:                             Dated: 8/10/2020

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**